UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| J.P., | ) Case No. 8:25-cv-02710-FWS-JDE |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| ERNESTO SANTACRUZ, JR., et al., | ) |
| | ) |
| Respondents. | ) |
| | ) |

Pursuant to the Order Granting First Amended Petition, in Part, and Dismissing First Amended Petition, in Part ("Order"),

IT IS ORDERED, ADJUDGED, and DECREED that the First Amended Petition is:

(1)   granted, in part, solely as to Petitioner's claim based on the Administrative Procedures Act, with Respondents ORDERED to provide Petitioner a custody re-determination hearing before a neutral decisionmaker based on changed circumstances within fourteen (14) days from the date of the Order; and

/ / /

(2)  dismissed in all other respects without prejudice.

Dated: April 3, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE